Evelyn J. Smith, Appellant, v. Joseph Weiss, d/b/a
Lincoln Furs, Appellee.

Gen. No. 47,234.

First District, First Division.

March 10, 1958.

Released for publication May 6, 1958.

Robert L.
Massey, for appellant; Louis Kaplan, for appellee. Opinion by
JUSTICE ROBSON. Not to be published in full.